228 February 26, 2025 No. 146

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ROGER EUGENE LANE,
*Defendant-Appellant.*

Josephine County Circuit Court
23CR40225; A182887

Robert S. Bain, Judge.

Submitted January 10, 2025.

Frances J. Gray filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals a judgment of conviction entered after a jury found him guilty of violating a stalking protective order (SPO). The trial court sentenced defendant to 35 months in prison and 25 months of post-prison supervision. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In September 2022, the victim obtained a temporary SPO against defendant, and she obtained a permanent SPO in October 2022. Defendant was served with the SPOs. The jury found defendant guilty of violating the permanent SPO based on evidence that defendant was pacing outside the victim's home in August 2023 yelling obscenities. Having reviewed the record, including the trial court file, the transcript of the hearings and the trial, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).